# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

National Casualty Company, et al.

Plaintiff,

v.

Case No.: 1:23−cv−03143
Honorable Lindsay C. Jenkins

Continental Insurance Company

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 28, 2024:

MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's response to the motion for sanctions [40] is due by March 20, 2024 and Defendant's reply is due by April 3, 2024. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.